```
1  JOON M. KHANG (SBN 188722)
   KHANG AND KHANG LLP
2  1901 AVENUE OF THE STARS 2ND FL
   LOS ANGELES, CA 90067
3  PHONE:(310) 461-1342; FAX: (310) 461-1343
   E-MAIL: joon@khanglaw.com
4
5
   Attorney for Plaintiffs
6
```

JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAR 23 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JIM LAKE AND JANICE LAKE,

    Plaintiffs,

v.

CHASE HOME FINANCE; JPMORGAN CHASE BANK, N.A.; NDEX WEST LLC; THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. fka THE BANK OF NEW YORK TRUST COMPANY, N.A. AS TRUSTEE FOR CHASE MORTGAGE FINANCE TRUST SERIES 2007-A3; NACY GEBHARDT; and DOES 1-20 inclusive,

    Defendants.

CASE NO. 2:09-CV-07990-AHM-DTB

STIPULATION OF DISMISSAL

    IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action by and hereby is dismissed without prejudice pursuant to FRCP 41(a) (1). Parties agree that pursuant to FRCP 41(a), Plaintiffs' voluntarily dismiss the above-captioned action without prejudice to refiling.

IT IS SO ORDERED
Dated: MAR 23 2010

_____
United States District Judge

1
STIPULATION OF DISMISSAL

| | |
|---|---|
| 1 Dated: | |
| 2 | |
| 3 By:_____ | By: /s/ Joon Khang |
|   JIM LAKE | JOON KHANG |
| 4 | Attorney for Plaintiffs |
| 5 By:_____ | |
|   JANICE LAKE | |
| 6 | |
| 7 | |
| 8 | |
| 9 Dated: MARCH 19, 2010 | By: /s/ Thomas K. Agawa |
|   | THOMAS K. AGAWA |
| 10 | Attorney for Defendant NDEX, WEST LLC |